# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

2016 MAY 23 AM 10: 0...

COURT OF APPEALS DI
STATE OF WASHINGT...
STATE OF WASHIN...

| | |
|---|---|
| In the Matter of the Dependency of<br><br>A.T.B.,<br>DOB: 12/29/12,<br><br>Minor child.<br><br>STATE OF WASHINGTON,<br>DEPARTMENT OF SOCIAL AND<br>HEALTH SERVICES,<br><br>Respondent.<br><br>v.<br><br>KYLE BOX,<br><br>Appellant. | No. 74259-1-I<br><br>DIVISION ONE<br><br>UNPUBLISHED OPINION<br><br>FILED:   MAY 2 3 2016 |

PER CURIAM.  Appellant Kyle Box and the State of Washington, Department of Social and Health Services, have agreed and stipulated that the trial court order terminating parental rights should be reversed and the matter remanded for further proceedings.  We accept the parties' stipulation.  Accordingly, the trial court order terminating parental rights is reversed, and the matter is remanded to the trial court for further proceedings.

Reversed and remanded.

For the court: